JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WILLIAM SHEPARDSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ACTING ) <br> COMMISSIONER OF THE SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. EDCV 13-01895 AN <br><br> JUDGMENT |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order directing the immediate payment of benefits or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: August 19, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE